DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEICO INDEMNITY COMPANY,**
Appellant,

v.

**TOTAL ORTHOPAEDICS CARE, P.A.,**
a/a/o **VALENTA AUBERRY,**
Appellee.

No. 4D21-231

[August 18, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert W. Lee, Judge; L.T. Case Nos. 062016SC019741AXXXCE and 062018AP025702AXCCCE.

Michael A. Rosenberg, Peter D. Weinstein, and Adrianna de la Cruz-Muñoz of Cole, Scott & Kissane, P.A., Plantation, for appellant.

David B. Pakula of David B. Pakula, P.A., Pembroke Pines, and Gary Marks of Marks & Fleischer, Fort Lauderdale, for appellee.

PER CURIAM.

Geico Indemnity Company appeals the county court's judgment against it. For the reasons we explained in *Geico Indemnity Co. v. Muransky Chiropractic P.A.*, No. 4D21-457, 2021 WL 2584107 (Fla. 4th DCA June 24, 2021), and in our opinion in *Geico General Ins. Co. v. Hallandale Beach Orthopedics, Inc.*, 4D21-206 (Fla. 4th DCA Aug. 18, 2021), we reverse and remand. On remand, the court must determine, or the parties must stipulate, whether the amount billed was less than 80% of 200% of the statutory fee schedule. If so, the court may enter judgment against Geico in accordance with *Muransky*.

*Reversed and remanded.*

DAMOORGIAN, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*